No. 02–6056. KING v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–6087. VAPNE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 02–6092. THOMAS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–6095. WILLIAMS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–6098. KNIGHT v. YORK, SUPERINTENDENT, ALBE-MARLE CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 02–6105. BROWN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 02–6106. SCHWENGER v. NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 02–6115. CANTRELL v. ASHCROFT, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 02–6124. CONTEH v. KANDARIAN. C. A. D. C. Cir. Certiorari denied.

No. 02–6125. MORA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6132. BENNAFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6142. REYES-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6144. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6146. LONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.